IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KURT SCHEUERMAN, SONNY HUYNH, SARA SAFFRAN, BARBARA SAFFRAN, ROBERT VANDERTOORN and DOUGLAS HINTON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:14-cv-03053-AT |

## ORDER GRANTING JOINT MOTION TO STAY

Having considered the Parties' Joint Motion To Stay, for good cause shown, it is hereby ordered that the Motion is GRANTED.  All proceedings and deadlines in this case, including Defendant's obligation to respond to the complaint, shall be stayed until the Judicial Panel on Multi-District Litigation decides the Amended Motion for Consolidation and Transfer Under 28 U.S.C. § 1407 filed by John Solak and Dennis O'Rourke in *In re the Home Depot, Inc. Customer Data Security Breach Litigation*, MDL No. 2583 (J.P.M.L. Sept. 19, 2014).

So ORDERED, this 42yj day of Qevqdgt, 2014.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE